# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:11-CR-349-GMN-PAL |
| | ) |
| | ) **ORDER FOR COMMUNITY SERVICE** |
| v. | ) |
| | ) |
| STEVEN BYINGTON, | ) |
| | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that JOSEPH A. FOTI shall perform twenty-four (24) hours of community service by July 19, 2013, in lieu of jury service.

DATED this 18th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge