UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN BYINGTON, ) <br> ) <br> Defendant. ) | 2:11-CR-349-GMN-(PAL) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on June 20, 2013, defendant STEVEN BYINGTON was found guilty by a Jury on Counts Two and Three of a Three-Count Criminal Indictment and a Bill of Particulars charging him in Count Two with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b); and in Count Three with Possession of Child Pornography, Title 18, United States Code, Section 2252A(a)(5)(B). Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 10; Jury Trial Minutes, ECF No. 77; Jury Verdict, ECF No. 79.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1), and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars and the offenses to which defendant STEVEN BYINGTON was found guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 10; Jury Trial Minutes, ECF No. 77; Jury Verdict, ECF No. 79.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3):

1. Computer – HP Media Center, Model M7067c, serial number mxk5130z0x;
2. USB Memory Sticks (2), serial numbers unknown;
3. Hard Drive – HP Personal Media Drive, serial number cnu64503f3;
4. Hard Drive – HP Personal Media Drive, serial number usu625z06b;
5. Computer – HP Pavillion, Model a6742p, serial number mxu913066z; and
6. All visual depictions described in Title 18, United States Code, Section 2251, 2251A, 2252, and 2252A and all items containing such visual depictions, which were transported, shipped and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including but not limited to, the following properties: computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskette and hard drives on which they are maintained ("property").

All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of STEVEN BYINGTON in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 3rd day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on July 2, 2013, by the below identified method of service:

CM/ECF:
Ben Nadig
520 South 4th St.
Las Vegas, NV 89101
bem@lasvegasdefenselawfirm.com
Attorney for Steven Byington

Michael W. Sanft
Sanft Law
520 S. 4th St.
Las Vegas, NV 89101
michael@sanftlaw.com
Attorney for Steven Byington

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal