DANIEL G. BOGDEN
United States Attorney
CAMILLE DAMM
Assistant United States Attorney
333 Las Vegas Boulevard South
Fifth Floor
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:11-cr-0349-GMN-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | GOVERNMENT'S APPLICATION |
| ) | FOR EXTENSION OF TIME |
| STEVEN BYINGTON, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and CAMILLE W. DAMM, Assistant United States Attorney, respectfully requests that the Court enter an Order granting a fourteen day extension of time until April 18, 2016 within which to file its response to Chester's 28 U.S.C. § 2255 Motion in the above-captioned case.

This order is sought for the following reasons:

1.      Petitioner/Defendant Steven Byington has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody in the above-captioned case. Doc. 119.   This Court ordered the government to respond to Defendant's motion by April 4, 2016. Doc. 122.

2.      This extension is requested and necessary due to the fact that the United States Attorney's Office is in the process of moving. The undersigned was unable to finish the response prior to the move due to unanticipated sick leave, for an injury that will require surgery and for a severe chest cough and cold during the month of March, as well as the press of work including a Ninth Circuit brief in *United States v. Chester,* No. 14-17293.

3.      Office personnel are currently involved in extensive preparations and packing for the office move. The computer system is scheduled to be taken off line tomorrow.   It is hoped the move can be accomplished expeditiously but there remains considerable work to be done. The new building has been behind schedule for several years and is still surrounded by the perimeter security fences of a construction zone. The undersigned is uncertain when operations will resume as usual.

4.      This extension is requested to allow the government to become operational, and the undersigned to complete the response and have it prepared for filing.

5.      Defendant is incarcerated at La Tuna FCI, with a projected release date of August 28, 2025, thus, the government is unable to obtain his stipulation. This is the first request for extension of time to respond to Byington's 28 U.S.C. § 2255 Motion and is not requested for purposes of delay.

**DATED** this 30th day of March, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/s/
CAMILLE W. DAMM
Assistant United States Attorney

**IT IS SO ORDERED.**
**DATED** this __6__ day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

I, Ellenrose Jarmolowich, do hereby certify that on March 30, 2016, a copy of the attached GOVERNMENT'S APPLICATION FOR EXTENSION OF TIME was sent via CM/ECF to all parties and defendant Byington via United States Postal Service at the below address:

>Steven Byington
>23935-048
>FCI La Tuna
>PO Box 3000
>ANTHONY, TX 88021
>PRO SE

>/S/ Ellenrose Jarmolowich
>Legal Assistant